UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BEVERLY ANNETTE RAINES, et al.,

Plaintiffs,

v.

SEATTLE SCHOOL DISTRICT NO. 1,

Defendant.

No. C09-0203TSZ

ORDER OF REFERENCE

This matter comes before the undersigned under Local General Rule 8(c) and Dkt.

# 175. The recusal request is hereby referred to the Honorable Marsha J. Pechman for review.

Dated this 4th day of August, 2011.

Robert S. Lasnik
Chief Judge, United States District Court

ORDER OF REFERENCE - 1